IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BARBARA L. SPEARS                                           PLAINTIFF

v.                      CIVIL NO. 04-5222

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                    DEFENDANT

## JUDGMENT

Now on this 29 day of August 2005, comes on for consideration the Report and Recommendation dated August 2nd, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

This document entered on docket in compliance with Rule 58 and 79(a), FRCP,

on 8-29-05 by CT

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

AUG 29 2005

CHRIS R. JOHNSON, CLERK
BY Connie Jest
DEPUTY CLERK